IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BUFORD,

     Petitioner,          Case No. 2:03-cv-02412 ALA (HC)

vs.

D-BUTLER,

     Respondent.          **ORDER**

_____/

On April 22, 2008, Petitioner filed and Amended Petition for Writ of Habeas Corpus. (Doc. 17).

Accordingly, IT IS HEREBY ORDERED that Respondent reply to Petitioner's Amended Petition on or before May 26, 2008.

/////

Dated: April 28, 2008

                              /s/ Arthur Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation