IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BUFORD,

    Petitioner,                   Case No. 2:03-cv-02412 ALA (HC)

    vs.

MATTHEW C. KRAMER,

    Respondent.              **ORDER**

_____/

    On August 13, 2008, Petitioner Buford filed a request to receive the requisite application to proceed *in forma pauperis* on appeal. (Doc. 29).

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court send Petitioner Buford the requisite form to file his *in forma pauperis* application.

Dated: August 21, 2008

                              /s/ Arthur Alarcón
                              UNITED STATES CIRCUIT JUDGE
                              Sitting by Designation