IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM BUFORD,

    Petitioner,                    No. CIV S-03-2412 GEB EFB P

    vs.

D. BUTLER,

    Respondent.                  ORDER

_____/

        Petitioner filed a notice of appeal of this court's June 11, 2008 denial of his application for a writ of habeas corpus. On July 11, 2008, Judge Alarcón directed the processing of petitioner's appeal without issuance of a certificate of appealability. On July 8, 2010, the Ninth Circuit remanded petitioner's case to the undersigned for the limited purpose of granting or denying a certificate of appealability.

        Under 28 U.S.C. § 2253(c)(2), a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." *See also* Fed. R. App. P. 22(b). A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'" Jennings v. Woodford, 290 F.3d 1006, 1010 (9th Cir. 2002) (quoting Barefoot v. Estelle, 463 U.S. 880, 893 (1983)).

1   In this case, petitioner contends that the Contra Costa Superior Court erred in
2   concluding that some evidence supported the Board of Prison Terms' decision not to set a release
3   date.  The court concludes that petitioner has made the requisite showing for issuance of a
4   certificate of appealability on the issue of whether some evidence supported the Board's decision.
5   Accordingly, IT IS HEREBY ORDERED that a certificate of appealability shall
6   issue in the present action.

Dated: October 18, 2010

GARLAND E. BURRELL, JR.
United States District Judge